IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

```
                              )
VONCELLE ANTHONY,             )
                              )
             Plaintiff,       )
                              )         Civil No. 1999-78
v.                            )
                              )
MAZDA MOTOR OF AMERICA, d/b/a )
MAZDA NORTH AMERICAN          )
OPERATIONS,                   )
                              )
             Defendant.       )
_____)
```

ATTORNEYS:

**Joseph Caines, Esq.**
St. Thomas, U.S.V.I.
      *For the plaintiff,*

**Bruce P. Bennett, Esq.**
St. Croix, U.S.V.I.
      *For the defendant.*

## JUDGMENT

**GÓMEZ, C.J.**

Before the Court is the appeal of defendant Mazda Motor of America d/b/a Mazda North American Operations ("Mazda") from the Magistrate Judge's order entered on March 9, 2007, granting plaintiff Voncelle Anthony's ("Anthony") motion for sanctions against Bruce P. Bennett, Esq., and awarding Anthony prejudgment

*Anthony v. Mazda*
Civil No. 1999-78
Judgment
Page 2

interest on the settlement amount.  For the reasons stated in the

accompanying memorandum of even date, it is hereby

**ORDERED** that Mazda's appeal is **DISMISSED** to the extent it

challenges the imposition of sanctions against Attorney Bruce P.

Bennett; it is further

**ORDERED** that the portion of the March 9, 2007, order

awarding interest to Anthony on the settlement amount is **VACATED**;

it is further

**ORDERED** that, pursuant to this Court's *de novo* review of the

record, Anthony shall recover from Mazda the settlement amount of

$85,000, plus interest on the $85,000, accruing from May 1, 2006,

until the date of this Judgment at the legal prejudgment rate,

and thereafter interest shall accrue at the legal postjudgment

rate; it is further

**ORDERED** that the above-captioned matter is **DISMISSED**, and

all pending motions are denied without prejudice; it is further

**ORDERED** that the Court retains jurisdiction for sixty days

from the date of this Judgment to enforce the settlement; and it

is further

**ORDERED** that the Clerk of the Court shall close this matter.

**DATED: August 20, 2007**              S\_____

                                        **Curtis V. Gómez**
                                        **Chief Judge**

*Anthony v. Mazda*
Civil No. 1999-78
Judgment
Page 3


Copy:

      Hon. Geoffrey W. Barnard
      Joseph Caines, Esq.
      Bruce P. Bennett, Esq.
      James L. Hymes III, Esq.
      Claudette Donovan
      Carol Jackson
      Lydia Trotman
      Olga Schneider
      Bailey Figler. Esq.